# First District Court of Appeal
## State of Florida

———————————————

No. 1D15-5477

———————————————

JAMES H. TIPLER,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

———————————————

On appeal from the Circuit Court for Okaloosa County.
T. Patterson Maney, Judge.

May 23, 2018

PER CURIAM.

   AFFIRMED.

WETHERELL, ROWE, and JAY, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Crystal McBee Frusciante, Sunrise; and Michael Ufferman of Michael Ufferman Law Firm, P.A., Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General; Amanda D. Stokes and Jennifer J. Moore, Assistant Attorneys General, Tallahassee, for Appellee.